UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MARY LOIS PICKARD, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 4:04CV1482 HEA |
| ) | |
| JENNIFER MILLER, ) | |
| ) | |
| Respondent. ) | |

## **JUDGMENT**

In accordance with the Order entered this same date,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Petition of Mary Lois Pickard for Writ of Habeas Corpus is denied.

A Certificate of Appealability will not issue.

Dated this 19th day of November, 2007.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE